# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| vs. | ) Case No. | 04-CR-F-5185 |
| DANIEL SAL PEREZ | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Daniel Sal Perez_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Changing my home incarceration from home detention to the following:
Participate in the following home confinement program components and abide by all the requirements of the program.

**CURFEW:** You are restricted to your residence everyday from 9:00 pm to 7:00 am, unless otherwise approved in advance by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Daniel S. Perez_ / 4/27/05
Signature of Defendant / Date

_[signature]_ / 4-27-05
Pretrial Services Officer / Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_ / 5/4/05
Signature of Assistant United States Attorney / Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_ / 4/27/05
Signature of Defense Counsel / Date
Gary Huss

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _May 04, 2005_.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_ / 5/04/05
Signature of Judicial Officer / Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services