# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
2005 AUG 19 P 2: 01
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

|  |  |
| --- | --- |
| United States of America<br>vs.<br>Daniel Sal Perez | Case No. 04-CR-F-5185 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Daniel Sal Perez___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Changing condition number 7(j) to read as following:

   You are released on a $150,000 property bond secured by equity in the property designated by the Court and owned by Daniel and Sally Perez.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 8/15/05        _____ 8-15-05
Signature of Defendant        Date        Pretrial Services Officer        Date
Daniel Sal Perez        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____        8/17/05
Signature of Assistant United States Attorney        Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        8/15/05
Signature of Defense Counsel        Date
Gary Huss

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___8/19/05___.
[ ] The above modification of conditions of release is *not* ordered.

_____        8/19/05
Signature of Judicial Officer        Date
AMSNYDER

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services