Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
DANIEL SAL PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO

| UNITED STATES OF AMERICA, | ) | Case Number  CR-F-04-5185-OWW |
|---|---|---|
| Plaintiff, | ) | **ORDER TO EXONERATE PROPERTY FROM BOND** |
| v. | ) | |
| DANIEL SAL PEREZ, et al. | ) | |
| Defendants. | ) | |

    IT IS HEREBY ORDERED that the property of Daniel Perez, Sr., and his wife Sally P. Perez, located at 530 Grant Avenue, Turlock, California, may be released from any and all liabilities related to the bond of Daniel Sal Perez, herein.

WILD, CARTER & TIPTON

Dated:__February 14, 2006__          /s/ OLIVER W. WANGER_____
                                     HONORABLE OLIVER W. WANGER
                                     United States District Court Judge