# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **United States of America** <br> vs. <br> Daniel Sal Perez | ) <br> ) <br> ) <br> ) <br> ) | Case No. 04-cr-5185 OWW |

**FILED**
JUN 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Daniel Sal Perez_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the following condition from my conditions of release : Participate in the following home confinement program components and abide by all the requirements of the program, which will not include electronic monitoring. **CURFEW:** You are restricted to your residence everyday from 10 pm to 6:30 am , or as otherwise directed by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain in fill force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Daniel S. Perez_    5/31/06            _[signature]_            5-31-06
Signature of Defendant    Date            Pretrial Services Officer    Date
Daniel Sal Perez                        Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                                6/5/06
Signature of Assistant United States Attorney                Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Gary Huss_                                                6/5/06
Signature of Defense Counsel                                Date
Gary Huss

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _forthwith_.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                                June 6, 2006
Signature of Judicial Officer                                Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services