```
MCGREGOR W. SCOTT
United States Attorney
Kathleen A. Servatius
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:04-CR-5185 OWW |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE SENTENCING HEARING |
| ) | |
| v. ) | |
| ) | DATE: April 23, 2007 |
| DANIEL PEREZ, ) | TIME: 9:00 a.m. |
| ) | COURT: 3 |
| Defendant. ) | |
| _____) | |

    Good cause appearing, defendant Daniel Perez's sentencing hearing, currently set for April 23, 2007, is hereby continued to May 14, 2007 at 9:00 a.m. in courtroom 3 and that time is excluded pursuant to the Speedy Trial Act.

IT IS SO ORDERED.

**Dated:    April 19, 2007**                   **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

1