```
MCGREGOR W. SCOTT
United States Attorney
Kathleen A. Servatius
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:04-CR-5185 OWW |
| Plaintiff, ) | ORDER TO CONTINUE SENTENCING HEARING |
| v. ) | DATE: June 25, 2007 |
| DANIEL PEREZ, ) | TIME: 9:00 a.m. |
| Defendant. ) | COURT: 3 |

    Good cause appearing, defendant Daniel Perez's sentencing hearing, currently set for June 25, 2007, is hereby continued to July 30, 2007 at 9:00 a.m. in courtroom 3 and that time is excluded pursuant to the Speedy Trial Act.

    IT IS SO ORDERED.

**Dated:   June 20, 2007**                           **/s/ Oliver W. Wanger**
                                                                                   UNITED STATES DISTRICT JUDGE