Gary L. Huss (SBN 057370)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: ghuss@wctlaw.com

Attorneys for Defendant
DANIEL SAL PEREZ

FILED
DEC 19 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL SAL PEREZ, et al.,<br><br>  Defendants. | Case Number CR-F-04-5185-OWW<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

Defendant DANIEL SAL PEREZ, by and through his counsel of record, Gary L. Huss, hereby moves this court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

On July 8, 2004, Defendant PEREZ made an initial appearance in this matter. On July 26, 2004, the magistrate court ordered MR. PEREZ released from custody under conditions of a $150,000 property bond. The property bond was approved by a letter to the court for properties located at 530 Grant St., Turlock, CA and 2241 Typhoon Court, Turlock, CA by Daniel Sal Perez and Sally Perez on August 18, 2004. On February 16, 2006 an order to exonerate property from bond was signed by Judge Oliver W. Wanger for the property located at 530 Grant Avenue, Turlock, CA.

On March 3, 2006, MR. PEREZ appeared before this Court and pled guilty to Count One of the Superseding Information. All remaining counts of the Superceding Information were dismissed on the Government's motion at time of sentencing. Subsequently, on October 9, 2007, MR. PEREZ was sentenced to a term of 24 months and was remanded into

the custody of the U.S. Marshal's Service. MR. PEREZ has subsequently been committed to the custody of the Bureau of Prisons and is currently serving the sentence imposed by the U.S. District Court.

This court has previously issued an order relative to some of the property used for this bond, but it was directed at and released only the property located at 530 Grant Avenue, Turlock, CA. I believe this was done, in part, to reflect defendants cooperation while out of custody. In any event, the order releasing one of the properties did not cover the other and is now needed. Mr. Perez has surrendered himself and his father, the owner of the property, desires that this encumbrance on his real property located at 2241 Typhoon Court, Turlock, CA be lifted. The APN is 088-011-033-000; Deed number is DOC 2003-0067787-00 and is dated April 30, 2003.

Since MR. PEREZ has been sentenced and his judgment in a criminal case filed on October 11, 2007, he requests that the court exonerate the bond previously set by the magistrate court and reconvey title to the real property securing said bond.

Dated: December 12, 2007     **WILD, CARTER & TIPTON**
A Professional Corporation

By /s/Gary Huss
GARY L. HUSS
Attorneys for Defendant
DANIEL SAL PEREZ

### ORDER

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property located at 2241 Typhoon Court, Turlock, CA securing said bond be reconveyed.

DATED: 12-18-07

OLIVER W. WANGER
United States District Judge
Eastern District of California

2

Application for Order Exonerating Bond and for Reconveyance of Real Property and Order Thereon