```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

**UNITED STATES OF AMERICA,**      )
                                   )      1:04-CR-5185 OWW
                   Plaintiff,      )
    vs.                            )
                                   )      ORDER FOR RETURN OF
**DANIEL SAL PEREZ,**              )      NOTE AND DEED OF TRUST
                                   )
                   Defendants.     )
_____)

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     2004-133644 (COPY)

Receipt No.:

IT IS SO ORDERED.

Dated:   **January 22, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE